# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
### Civil Action No.: 2:19-cv-00276-DCN

| | |
|---|---|
| **VIRGINIA PIRATE CORPORATION,** )<br>       )<br>      **Plaintiff,**       )<br>       )<br>**v.**        )<br>       )<br>**TRIDENT TECHNICAL COLLEGE**     )<br>**ENTERPRISE CAMPUS AUTHORITY;**  )<br>**MARY THORNLEY, in her official capacity** )<br>**as President, Trident Technical College**  )<br>       )<br>      **Defendants.**      ) | **NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Virginia Pirate Corporation provides this notice of voluntary dismissal of its claims against Defendants *without* prejudice.

This 17th day of April, 2019.

>    *s/ Amanda Pickens Nitto*
>    Amanda Pickens Nitto
>    Federal I.D. No. 12620
>    anitto@robinsonbradshaw.com
>
>    ROBINSON, BRADSHAW & HINSON, P.A.
>    202 East Main Street, Suite 201
>    Rock Hill, South Carolina  29730
>    Telephone:     (803) 325-2910
>    Facsimile:     (803) 325-2929
>
>    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically and electronically notify the following counsel of record:

>Henry W. Frampton, IV
>hframpton@grsm.com
>Victoria T. Kepes
>vkepes@grsm.com
>GORDON & REES LLP
>40 Calhoun Street, Suite 350
>Charleston, South Carolina 29401

This 17th day of April, 2019.

>*s/Amanda Pickens Nitto*
>Amanda Pickens Nitto